UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

DENNIS GUARACINO,

      Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS COUNT TWO

**THIS CAUSE** is before the court on Defendant Dennis Guaracino, Jr.'s Motion to Dismiss Count Two of the Indictment for Violation of the Applicable Statute of Limitations under Title 18 U.S.C. § 3282(a) [DE 1267].  The Court has considered the motion, the Government's response [DE 1272], the Defendant's reply [DE 1276], the Government's sur-reply [DE 1290], trial evidence, and is otherwise advised in the premises.

The issue presented is whether the limitations period for filing criminal charges for mail fraud as to Count Two is five years or ten years.  The Government contends that the limitation period is ten years under Title 18 U.S.C. § 3293(2) because the offense "affects a financial institution."  The Government asserts that First National Bank of Arizona is an insured depository institution, insured by the Federal Deposit Insurance Corporation, and the Defendant's mail fraud conduct affected this financial institution.  See United States v. Pelullo, 964 F.2d 193 (3d Cir. 1992); United States v. Serpico, 320 F.3d 691 (7th Cir. 2003).

Defendant Dennis Guaracino, Jr. maintains that the ten year statute does not

apply because First National Bank of Arizona realized no loss or risk of loss and therefore was not affected by the mail fraud conduct.  He argues that First National Bank of Arizona made the loan and then immediately sold it to another company and made a profit.  The Defendant alleges the loan was sold with the knowledge that the information contained with the loan application was fraudulent.  He asserts that First National Bank of Arizona was aware, involved, and participated in the scheme and therefore was not affected by the fraud allegedly perpetrated by the Defendant.

Since the scheme to defraud exposed First National Bank of Arizona to an increased degree of risk, the scheme affected that financial institution for purposes of § 3293(2).  <u>Serpico</u>, 320 F.3d at 694-95.  As former First National Bank of Arizona employee, Kirk Lane, testified, First National Bank of Arizona was at risk of being forced to buy back loans it had sold to secondary investors if the fraud was found or default occurred.  As such, the Defendant's scheme affected the financial institution.  Thus, the ten-year statute of limitations applies and Defendant's motion must therefore be denied.

Accordingly, it is thereupon

**ORDERED AND ADJUDGED** that Defendant Dennis Guaracino, Jr.'s Motion to Dismiss Count Two of the Indictment for Violation of the Applicable Statute of Limitations under Title 18 U.S.C. § 3282(a) [DE 1267] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 22nd day of June, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF